## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Samuel Katz
                      Plaintiff,

v.                                                  Case No.: 1:22−cv−05277
                                                         Honorable Robert W. Gettleman

Allied First Bank, SB
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 3/14/2023 at 9:15 a.m. By 3/9/2023, parties shall file a joint status report with an update on discovery and any settlement discussions. The Court has reviewed the parties&#039; joint status report [10]. The Court does not see a need to bifurcate discovery in this case. There will be some overlap in discovery here. Discovery as to commonality and typicality under Rule 23 will also apply to the merits of the claim. Moreover, the Supreme Court in Walmart v Dukes has said the district court must conduct a rigorous analysis in determining class certification and that will often require some evaluation about facts that go to the merits of a plaintiff's underlying claims. Thus, bifurcating discovery often does not make sense as the lines between "class discovery" and "merits discovery" are significantly blurred. The Court has reviewed Plaintiff's claims and determined that is the case here. Thus, the Court exercises its substantial discretion in managing discovery under Rule 16 and issues the following discovery schedule: (1) Rule 26(a)(1) disclosures by 1/20/23; (2) written discovery shall issue by 2/3/23; (3) notice of depositions with agreed upon dates shall issue by 5/5/23; and (4) all fact discovery shall be completed by 8/25/23. Whether expert discovery is necessary before a class certification motion is filed is an issue to be discussed at a later time. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.