## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. 22-cv-05277 |
| Plaintiff, | : : | |
| v. | : : | |
| ALLIED FIRST BANK, SB | : : | |
| Defendant. | : : | |

## STIPULATION REGARDING THE FILING OF A FIRST AMENDED COMPLAINT

As provided for in Federal Rule of Civil Procedure 15(a)(2), the parties have stipulated to the filing of a First Amended Complaint in this matter adding a defendant, Consumer Nsight, LLC. The parties have done so in connection with discovery that has revealed third parties that are involved in the process of contacting the Plaintiff and some putative class members. However, by stipulating to the filing of the Amended Complaint, Allied First does not endorse the content of the Amended Complaint and does not waive and in fact reserves the right to assert any defenses, challenges, or objections to the merits of the Amended Complaint.

Dated: July 1, 2023

Respectfully submitted,

**/s/ Anthony I. Paronich**
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiffs and the Proposed Settlement Class*

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

**/s/ Anthony I. Paronich**
Anthony I. Paronich