IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>ALLIED FIRST BANK, SB; and CONSUMER NSIGHT LLC,<br><br>               Defendants. | Case No. 1:22-cv-05277<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Sunil R. Harjani |

**JOINT STATUS REPORT**

Pursuant to the Court's January 13, 2024 Order (Dkt. No. 54) and the Court's January 17, 2024 Order (Dkt. No. 55), the plaintiff Samuel Katz, defendant Allied First Bank, SB, and defendant Consumer Nsight LLC submit the following Joint Status Report.

The parties have completed the limited jurisdictional discovery. However, Plaintiff and Consumer Nsight have recently reached a settlement in principle that will resolve Plaintiff's claims in this lawsuit as to Consumer Nsight. As a result of their settlement in principle, Plaintiff and Consumer Nsight do not request any additional briefing on Consumer Nsight's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. No. 34).

In addition, the parties are in discussions regarding a potential global resolution of the case as to all parties. Depending on the scope of the settlement, the parties expect to file a stipulation of dismissal within 45 days either as to Plaintiff's claims against both defendants or as to Plaintiff's claims against Consumer Nsight only.

If the parties are unable to reach a global resolution as to Plaintiff's claims against both defendants, Plaintiff and Allied First propose to submit a joint status report to the Court on or before April 30, 2024, regarding proposed deadlines for the completion of written discovery, document production, and any production by third parties.

/s/ Anthony I. Paronich
Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
Email: anthony@paronichlaw.com
*Attorneys for Plaintiff Samuel Katz*

/s/ Carmen H. Thomas
Carmen Harper Thomas (*pro hac vice*)
Nelson, Mullins, Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000
Email: carmen.thomas@nelsonmullins.com
*Attorneys for Defendant Allied First Bank, SB*

/s/ Andrew D. LeMar
Andrew D. LeMar
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, Suite 2100
Chicago, Illinois 60611-3607
(312) 840-7000
Email: alemar@burkelaw.com
*Attorneys for Defendant Consumer Nsight LLC*

4895-3329-2972, v. 2