## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Samuel Katz

                           Plaintiff,

v.                                             Case No.: 1:22−cv−05277
                                                                 Honorable Robert W. Gettleman

Allied First Bank, SB, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: On review of the parties' Joint Status Report [57], the court grants plaintiff and defendant Consumer Nsight LLC's request to strike further briefing on Consumer Nsight's motion to dismiss [34] and terminates the motion without prejudice. Continued discovery and settlement proceedings remains referred to Magistrate Judge Harjani. The parties are directed to file a Joint Status Report on or before 5/27/2024. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.