**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
**Eastern Division**

Samuel Katz
                              Plaintiff,

v.                                               Case No.: 1:22−cv−05277
                                                      Honorable Robert W. Gettleman

Allied First Bank, SB, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 18, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Telephone status hearing set for 3/20/2024 at 9:15 a.m. is stricken and reset to 5/2/2024 at 9:15 a.m. The Court has reviewed the latest Joint Status Report [57] which advises that Plaintiff and Consumer Nsight have reached a settlement in principal and all parties are engaged in settlement discussions regarding a potential global resolution of the case. By 4/30/2024, the parties shall file a stipulation to dismiss either as to Plaintiff';s claims against both defendants or as to Plaintiff's claims against Consumer Nsight only. If the parties are unable to reach a global resolution as to Plaintiff's claims against both defendants, Plaintiff and Allied First shall submit a joint status report to the Court by 4/30/2024 proposing deadlines for the completion of written discovery, document production, and any production by third parties. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.