UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 24-0009

IT APPEARING THAT Sunil R. Harjani has been appointed as a United States District Judge for the Northern District of Illinois; and

IT FURTHER APPEARING THAT Judge Harjani is no longer sitting as a magistrate judge in the Eastern Division of this Court; and

IT FURTHER APPEARING THAT the civil consent, civil referrals, and miscellaneous cases previously pending before Judge Harjani as a U.S. magistrate judge requires reassignment; therefore

IT IS HEREBY ORDERED THAT the cases in the attached list are to be reassigned accordingly to the magistrate judge listed. It is also ordered that subsequent referrals where Judge Harjani was the designated magistrate judge, the Clerk shall randomly reassign to another magistrate judge of this Court pursuant to Local Rule 40.1.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 2nd day of April, 2024

**Civil Consent Cases Reassigned to Magistrate Judge Appenteng**

1:23-cv-00866  Madden v. O'Malley
1:23-cv-15004  Sammak v. O'Malley
1:24-cv-01797  Karlo v. O'Malley

**Civil Consent Cases Reassigned to Magistrate Judge Cole**

1:22-cv-06749  Noble v. O'Malley
1:23-cv-04136  Rioton SRL et al v. Supplybit
1:24-cv-01041  Vortes v. O'Malley

**Civil Consent Cases Reassigned to Magistrate Judge Finnegan**

1:23-cv-05854  Torres v. Kohl's Inc

**Civil Consent Cases Reassigned to Magistrate Judge Fuentes**

1:23-cv-03896  Lewis v. O'Malley
1:23-cv-14225  Zuo v. O'Malley

**Civil Consent Cases Reassigned to Magistrate Judge Gilbert**

1:23-cv-02165  Haynes v. O'Malley
1:23-cv-03934  Rinehart v. O'Malley

**Civil Consent Cases Reassigned to Magistrate Judge Holleb Hotaling**

1:22-cv-02463  Alvarez v. Palatine Police Department et al
1:23-cv-02328  Gonzales v. O'Malley
1:23-cv-16194  Kwiatkowski v. O'Malley

**Civil Consent Cases Reassigned to Magistrate Judge Jantz**

1:22-cv-02779  Sheffiled Square Townhome Owner Association, LLC v. Greater New York Mutual Insurance Company
1:23-cv-02786  Villalobos v. O'Malley
1:24-cv-00209  Thomas v. O'Malley

**Civil Consent Cases Reassigned to Magistrate Judge Kim**

1:20-cv-02348  Solis et al v. Hilco Redevelopment LLC et al
1:23-cv-09216  Kelly v. O'Malley
1:23-cv-15826  Gutierrez v. O'Malley

**Civil Consent Cases Reassigned to Magistrate Judge McShain**

1:23-cv-07370  White v. Sky Hospitality, Inc.
1:23-cv-14944  Horwath v. Martin O'Malley, Commissioner of the Social Security

1

**Civil Consent Cases Reassigned to Magistrate Judge Valdez**

| | |
|---|---|
| 1:23-cv-04959 | Lane v. Menard Inc |
| 1:23-cv-09127 | Ensslin v. O'Malley |

**Civil Consent Cases Reassigned to Magistrate Judge Weisman**

| | |
|---|---|
| 1:22-cv-06455 | Bell et al v. Petco Animal Supplies Stores, Inc. |
| 1:23-cv-01731 | Harrison v. O'Malley |
| 1:24-cv-00974 | Satala v. O'Malley |

**Civil Referral Cases Reassigned to Magistrate Judge Appenteng**

| | |
|---|---|
| 1:20-cv-00421 | Doorage Inc. v. Blue Crates LLC |
| 1:20-cv-04948 | Pajoje Development, LLC v. CTC, LLC, et al |
| 1:22-cv-01203 | Shen Zhen Wo Nuo De Zhi Neng Ji Shu You Xian Gong Si v. 365 fair Store et al |
| 1:22-cv-06115 | Powell v. Digby's Detective and Security Agency, Inc. |
| 1:23-cv-01464 | Sika Corporation et al v. Hoefflin et al |
| 1:23-cv-03893 | Baxter v. American Honda Motor Co., Inc. |
| 1:23-cv-04434 | Wade v. Progressive Northern Insurance Company |
| 1:23-cv-06112 | T. et al v. Bluecross Blueshield of Illinois |

**Civil Referral Cases Reassigned to Magistrate Judge Cole**

| | |
|---|---|
| 1:18-cv-00387 | Gregory v. Randy Pfister |
| 1:21-cv-00569 | Plumbers' Pension Fund Local 130, U.A. et al v. Chicago Pool's Inc et al |
| 1:21-cv-03166 | LKQ Corporation et al v. Kia America, Inc. et al |
| 1:22-cv-06637 | King v. State of Illinois Office of Comptroller |
| 1:22-cv-07000 | Taylor v. Bridgford Foods Processing Corp. |
| 1:23-cv-04616 | Lawrence House Property Cedar LLC v. Greater New York Mutual Insurance Company |
| 1:23-cv-16423 | Washington v. Chicago Hotel Services, LLC |
| 1:23-cv-16906 | Dochee v. Mount Sinai Hospital |

**Civil Referral Cases Reassigned to Magistrate Judge Finnegan**

| | |
|---|---|
| 1:20-cv-01514 | Johnson v. Statewide Investigative Services, Inc. |
| 1:20-cv-04947 | Kessev Tov, LLC. v. CTC, LLC and Optiver US, LLC |
| 1:22-cv-00645 | Orrington et al v. HumanaDental Insurance Company et al |
| 1:23-cv-00472 | Hilliard v. Larry et al |
| 1:23-cv-01155 | Cim Express, Inc. et al v. Trucking Circle Consultants, LLC et al |
| 1:23-cv-03320 | Su v. Bistro Wasabi, L.L.C. et al |
| 1:23-cv-05691 | Fordyce et al v. Climate Pros LLC et al |
| 1:23-cv-16814 | Weeber v. United Airlines, Inc. |

## Civil Referral Cases Reassigned to Magistrate Judge Fuentes

| | |
|---|---|
| 1:19-cv-04547 | City Of Chicago v. Smollett |
| 1:21-cv-06277 | Gibbs v. ABT Electronics, Inc. et al |
| 1:22-cv-03774 | Mason v. Martin et al |
| 1:22-cv-06891 | Mattson v. Zimmer Biomet Holdings, Inc. et al |
| 1:23-cv-00616 | Coyote Logistics, LLC v. Mountain Truck Lines Inc. |
| 1:23-cv-03056 | Everlake Life Insurance Company v. Miller et al |
| 1:23-cv-05401 | Midwest Operating Engineers Welfare Fund et al v. Industrial Resources |
| 1:23-cv-15871 | Lackland v. Walmart Inc. |

## Civil Referral Cases Reassigned to Magistrate Judge Gilbert

| | |
|---|---|
| 1:21-cv-04777 | Hawkins v. City of Harvey |
| 1:22-cv-05046 | American General Life Insurance Company v. Scaccia-Coyne et al |
| 1:22-cv-05297 | Blackwood v. Menard Inc |
| 1:22-cv-07014 | Huskey, et al v. State Farm Fire & Casualty Company |
| 1:23-cv-05029 | NuWave, LLC v. Associated Industries Insurance Co., Inc. et al |
| 1:23-cv-16107 | Bona v. Czernek et al |
| 1:23-cv-17053 | Shenzhen Lai Xing Cheng Furnishings Co., Ltd, v. Shenzhen Chenbei Tech Co., Ltd et al |

## Civil Referral Cases Reassigned to Magistrate Judge Holleb Hotaling

| | |
|---|---|
| 1:22-cv-00594 | Pipe Fitters' Retirement Fund et al v. Diversified General Contractors, Inc. et al |
| 1:22-cv-03744 | Souza v. Erie Insurance Company |
| 1:23-cv-00977 | Stacey v. AT&T Corp. et al |
| 1:23-cv-02413 | Ortiz v. Michael Robert Enterprises, Inc. d/b/a Chicago Northside Toyota |
| 1:23-cv-02968 | Middlesex Insurance Company aso General Beverage Sales Co. v. Cobalt Transport Services, Inc. et al |
| 1:23-cv-05660 | Stamper v. Manus Dental of Hyde Park, LLC |
| 1:23-cv-07948 | AmGuard Insurance Company v. Estate of Lorraine Foucher et al |
| 1:23-cv-16758 | Green v. Howard Brown Health Center |

## Civil Referral Cases Reassigned to Magistrate Judge Jantz

| | |
|---|---|
| 1:20-cv-02561 | Saint Anthony Hospital v. Eagleson |
| 1:20-cv-07083 | Thieben v. Wolf |
| 1:21-cv-05040 | United States Securities and Exchange Commission v. Collins et al |
| 1:22-cv-06141 | Rodriguez v. Guevara et al |
| 1:23-cv-04470 | Linen v. LVNV Funding LLC et al |
| 1:23-cv-05071 | Harris v. Discover Products Inc. |
| 1:23-cv-16659 | Arzola v. ALDI, Inc. |
| 1:24-cv-00191 | Bakhtiari v. Kahn et al |

## Civil Referral Cases Reassigned to Magistrate Judge Kim

| | |
|---|---|
| 1:21-cv-00305 | In re Outpatient Medical Center Employee Antitrust Litigation |
| 1:21-cv-02253 | Patel v. YRC, Inc. et al |
| 1:22-cv-03252 | Mason et al v. Warden Terry et al |

1:22-cv-06430   Polk v. City of Chicago et al
1:23-cv-02888   Montenegro v. Roseland Community Hospital Association
1:23-cv-04537   Nicholson v. Wider Group, Inc.
1:23-cv-07710   Palmer v. Magrabar LLC
1:23-cv-16472   Annan v. AbbVie Inc.

## Civil Referral Cases Reassigned to Magistrate Judge McShain

1:19-cv-04082   Brown et al v. City of Chicago et al
1:20-cv-03667   Gevas v. Sheehy et al
1:22-cv-02771   Riley, et al v. Schick et al
1:22-cv-05652   Lee et al v. AAA Freight Inc. et al
1:23-cv-01743   Rivera v. Guevara et al
1:23-cv-03772   Credit Union Trust as Trustee of the Jeannette P. Osborn Trust under Trust Agreement dated December 23, 1974 et al
1:23-cv-06549   Carter v. Santander Consumer USA et al
1:23-cv-06627   Herrera v. Target Corporation

## Civil Referral Cases Reassigned to Magistrate Judge Valdez

1:19-cv-05287   Consolidated Chassis Management LLC et al v. Northland Insurance Company
1:19-cv-08293   Thomas v. Baldwin et al
1:22-cv-05277   Katz v. Allied First Bank, SB
1:22-cv-05757   Architectural Iron Workers' Local No. 63 Welfare Fund et al v. Legna Installers, Inc. et al
1:23-cv-03069   Gardner v. The Board of Trustees of The University of Illinois et al
1:23-cv-03979   Moore et al v. United States of America
1:23-cv-15904   Blackwell v. Experian Information Solutions, Inc. et al
1:23-cv-16134   Blair v. Origami Risk, LLC et al

## Civil Referral Cases Reassigned to Magistrate Judge Weisman

1:20-cv-01121   Williams et al v. State Farm Mutual Automobile Insurance Co. et al
1:22-cv-02886   Franklin et al v. Godinez et al
1:22-cv-05527   Capsa Solutions LLC v. Simplifi Medical, LLC
1:23-cv-02650   Putianshi Lichengqu Zengchangpai E-commerce Co., Ltd. v. Shuangfeng County Shuangwei Electronic Technology Co., Ltd.
1:23-cv-03301   ABC Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A
1:23-cv-07090   Draper v. McDonald Restaurants. Inc.
1:23-cv-15579   Spin Master Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A
1:23-cv-16003   Joe Hand Promotions, Inc. v. Parlor Sports, Inc. et al

4

## Miscellaneous Cases Reassigned to Magistrate Judge Appenteng

1:21-mc-00678
1:23-mc-00087
1:23-mc-00711
1:23-mc-00923
1:23-mc-01046
1:24-mc-00010
1:24-mc-00009

## Miscellaneous Cases Reassigned to Magistrate Judge Cole

1:22-mc-00621
1:22-mc-00624
1:23-mc-00725
1:23-mc-00917
1:23-mc-00920
1:23-mc-01047
1:24-mc-00007

## Miscellaneous Cases Reassigned to Magistrate Judge Finnegan

1:22-mc-00183
1:22-mc-00410
1:23-mc-00091
1:23-mc-00104
1:23-mc-00717
1:23-mc-00719
1:23-mc-00930
1:23-mc-00931

## Miscellaneous Cases Reassigned to Magistrate Judge Fuentes

1:22-mc-00414
1:22-mc-00844
1:23-mc-00721
1:23-mc-00723
1:23-mc-00925
1:23-mc-01044
1:24-mc-00013

## Miscellaneous Cases Reassigned to Magistrate Judge Gilbert

1:19-mc-00160
1:22-mc-00619
1:23-mc-00367
1:23-mc-00384
1:23-mc-00921
1:23-mc-01037
1:24-mc-00008

**Miscellaneous Cases Reassigned to Magistrate Judge Holleb Hotaling**

1:22-mc-00001
1:22-mc-00620
1:23-mc-00712
1:23-mc-00724
1:23-mc-00919
1:23-mc-01039
1:24-mc-00006

**Miscellaneous Cases Reassigned to Magistrate Judge Jantz**

1:20-mc-00574
1:22-mc-00411
1:23-mc-00090
1:23-mc-00706
1:23-mc-00720
1:23-mc-00929
1:23-mc-01040

**Miscellaneous Cases Reassigned to Magistrate Judge Kim**

1:21-mc-00267
1:22-mc-00409
1:23-mc-00709
1:23-mc-00718
1:23-mc-00918
1:23-mc-00922
1:23-mc-00926

**Miscellaneous Cases Reassigned to Magistrate Judge McShain**

1:20-mc-00573
1:22-mc-00002
1:23-mc-00107
1:23-mc-00704
1:23-mc-00716
1:23-mc-01036
1:23-mc-01041

**Miscellaneous Cases Reassigned to Magistrate Judge Valdez**

1:18-mc-00406
1:22-mc-00622
1:23-mc-00373
1:23-mc-00856
1:23-mc-01038
1:23-mc-01045
1:24-mc-00005

## Miscellaneous Cases Reassigned to Magistrate Judge Weisman

1:19-mc-00161
1:22-mc-00623
1:23-mc-00369
1:23-mc-00406
1:23-mc-00857
1:23-mc-00924
1:24-mc-00012