**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) Case No. 1:22-cv-05277 ) |
| v. | ) Judge Robert W. Gettleman ) Magistrate Judge Maria Valdez ) |
| ALLIED FIRST BANK, SB; and CONSUMER NSIGHT LLC, | ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL AS TO DEFENDANT CONSUMER NSIGHT LLC**

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Samuel Katz and defendant Consumer Nsight LLC ("the Parties") hereby stipulate to a dismissal of all of: (1) Plaintiff's claims against Consumer Nsight LLC in the above-captioned matter, with prejudice; and (2) any putative class members' claims against Consumer Nsight LLC in the above-captioned matter, without prejudice. The Parties shall bear their own attorneys' fees and costs incurred in this action.

Date: April 26, 2024

| | |
|---|---|
| /s/ Anthony I. Paronich | /s/ Andrew D. LeMar |
| Anthony I. Paronich (*pro hac vice*) | Andrew D. LeMar |
| Paronich Law, P.C. | Burke, Warren, MacKay & Serritella, P.C. |
| 350 Lincoln Street, Suite 2400 | 330 North Wabash Avenue, Suite 2100 |
| Hingham, MA 02043 | Chicago, Illinois 60611-3607 |
| (617) 485-0018 | (312) 840-7000 |
| Email: anthony@paronichlaw.com | Email: alemar@burkelaw.com |
| *Attorneys for Plaintiff Samuel Katz* | *Attorneys for Defendant Consumer Nsight LLC* |

4878-7471-0452, v. 1