# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Samuel Katz
                               Plaintiff,

v.                                             Case No.: 1:22−cv−05277
                                                           Honorable Robert W. Gettleman

Allied First Bank, SB, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 29, 2024:

       MINUTE entry before the Honorable Robert W. Gettleman: On Stipulation [63] and pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's claims against Consumer Nsight LLC are dismissed with prejudice and any putative class members' claims against Consumer Nsight LLC are dismissed without prejudice. Each party shall bear their own attorneys' fees and costs. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.