**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-5277 |
| Plaintiff, | ALLIED FIRST BANK'S REQUEST FOR EXTENSION OF STATUS REPORT DATE |
| v. | |
| ALLIED FIRST BANK, SB and CONSUMER NSIGHT LLC | |
| Defendants. | |
|_____/ | |

Pursuant to the order of then-Magistrate Judge Harjani (ECF No. 59), which was renewed by order of Magistrate Judge Valdez (ECF No. 61), Allied First Bank, SB, and Plaintiff were to file a status report by April 30, 2024, to identify specified dates for discovery. Those Parties are conferring regarding the status report and proposed dates, but the report is not finalized. Further, Plaintiff's counsel is out of the country through May 1, 2024. Allied First respectfully requests an extension of one week for the status report deadline, which would make the new deadline May 7, 2024.

[*signature page attached*]

Respectfully submitted,

                                       NELSON MULLINS RILEY & SCARBOROUGH LLP

                                       By: *s/Carmen H. Thomas*
Carmen Harper Thomas
*Pro Hac Vice Admitted*
Email: carmen.thomas@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 799-2000

Nathan E. Hoffman
Email: nathan.hoffman@nelsonmullins.com
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 664-5300

P.O. Box 641040
Chicago, IL 60664
Tel: (312) 205-7950

Alan Kaufman
*Pro Hac Vice to be Submitted*
Email: alan.kaufman@nelsonmullins.com
330 Madison Avenue, 27th Floor
New York, NY 10017
Tel: (212) 413-9000

*Attorneys for Defendant Allied First Bank, SB*

**Certificate of Service**

       I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on April 30, 2024. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Anthony Paronich, Esq. | Andrew D. LeMar, Esq. |
| Paronich Law, P.C. | Burke, Warren, MacKay & Serritella, P.C. |
| 350 Lincoln Street, Suite 2400 | 330 North Wabash Avenue, Suite 2100 |
| Hingham, MA 02043 | Chicago, Illinois 60611-3607 |
| anthony@paronichlaw.com | alemar@burkelaw.com |
| *Attorneys for Plaintiff* | *Attorney for Consumer Nsight LLC* |

                                           */s/ Carmen H. Thomas*
                                                    Attorney