IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED FIRST BANK, SB; and CONSUMER NSIGHT LLC,<br><br>    Defendants. | Case No. 1:22-cv-05277<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Sunil R. Harjani |

**JOINT STATUS REPORT**

Pursuant to the Court's Order the plaintiff Samuel Katz, defendant Allied First Bank, SB, and defendant Consumer Nsight LLC submit the following Joint Status Report.

With respect to Consumer Nsight LLC, the parties have signed their settlement agreement, and a dismissal was filed on April 26, 2024.

With respect to Allied First Bank, SB, the parties have reached impasse on settlement discussions. With respect to the remaining deadlines requested by the Court, the parties have completed some discovery, but due to the attempts to mediate and resolve this case which ultimately were unsuccessful as to Plaintiff and Allied First, and based on the nature of the facts and claims, Allied First requests the following schedule:

- May 23, 2024- Deadline to move to add or join parties

- October 31, 2024- Deadline to complete written discovery, document productions, and depositions, and to complete third party discovery

- November 30, 2024- Deadline for dispositive motions

1

| | |
|---|---|
| /s/ Anthony I. Paronich | /s/ Carmen H. Thomas |
| Anthony I. Paronich | Carmen Harper Thomas (*pro hac vice*) |
| Paronich Law, P.C. | Nelson, Mullins, Riley & Scarborough LLP |
| 350 Lincoln Street, Suite 2400 | 1320 Main Street, 17th Floor |
| Hingham, MA 02043 | Columbia, SC 29201 |
| (617) 485-0018 | (803) 799-2000 |
| Email: anthony@paronichlaw.com | Email: carmen.thomas@nelsonmullins.com |
| *Attorneys for Plaintiff Samuel Katz* | *Attorneys for Defendant Allied First Bank, SB* |