### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Samuel Katz

                          Plaintiff,

v.                                                      Case No.: 1:22−cv−05277
                                                       Honorable Robert W. Gettleman

Allied First Bank, SB, et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 24, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: The court sets the following briefing schedule on Defendant Allied First Bank, SB's Motion to Join Iconic Results, LLC as a Necessary Party [69] and Motion to File Amended Answer to First Amended Complaint with Affirmative Defenses and Third Party Claims [70]: Responses to the motions due by 6/14/2024; Allied First Bank's replies due by 6/28/2024. The court will issue its rulings on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.