**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated ) ) ) | |
| Plaintiff, ) | Case No. 1:22-cv-05277 |
| ) | |
| v. ) ) ) | Judge Robert W. Gettleman<br>Magistrate Judge Sunil R. Harjani |
| ALLIED FIRST BANK, SB ) | |
| ) | |
| Defendants. ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order the plaintiff Samuel Katz and defendant Allied First Bank, SB (Allied First), now known as Servbank, SB, submit the following Joint Status Report regarding discovery.

The Plaintiff served Allied First Bank, SB with a deposition notice on May 21, 2024 for a June 24, 2024, 30(b)(6) deposition. The notice included 35 topics. Allied First stated that they had a conflict on that date, that they would need to confer on the topics, that Allied First would be sending written objections to the topics, and that Allied First is working to identify the appropriate witness or witnesses to address the topics. Allied First has not yet provided any alternative dates or objections to the notice. A copy of the e-mail thread relating to this deposition is attached as Exhibit 1.

[*signature page attached*]

1

| /s/ Anthony I. Paronich | /s/ Carmen H. Thomas |
|---|---|
| Anthony I. Paronich | Carmen Harper Thomas (*pro hac vice*) |
| Paronich Law, P.C. | Nelson, Mullins, Riley & Scarborough LLP |
| 350 Lincoln Street, Suite 2400 | 1320 Main Street, 17th Floor |
| Hingham, MA 02043 | Columbia, SC 29201 |
| (617) 485-0018 | (803) 799-2000 |
| Email: anthony@paronichlaw.com | Email: carmen.thomas@nelsonmullins.com |
| *Attorneys for Plaintiff Samuel Katz* | *Attorneys for Defendant Allied First Bank, SB* |