**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-5277 |
| Plaintiff, | |
| v. | **REQUEST TO ISSUE SUMMONS TO THIRD PARTY DEFENDANT CONSUMER NSIGHT LLC** |
| ALLIED FIRST BANK, SB and CONSUMER NSIGHT LLC | |
| Defendants. | |

ALLIED FIRST BANK, SB

    Third Party Plaintiff,

v.

CONSUMER NSIGHT LLC

    Third Party Defendant.

Defendant/Third Party Plaintiff Allied First Bank, SB ("Allied First") hereby requests that the Clerk's Office issue Summons to Third Party Defendant Consumer Nsight LLC in the form of the Summons attached hereto.

Respectfully submitted,

                                                                        NELSON MULLINS RILEY & SCARBOROUGH LLP

                                                                        By: *s/Carmen H. Thomas*
                                                                        Carmen Harper Thomas
                                                                         *Pro Hac Vice Admitted*
                                                                         Email: carmen.thomas@nelsonmullins.com
                                                                         1320 Main Street, 17th Floor
                                                                         Columbia, SC 29201
                                                                         Tel: (803) 799-2000

                                                                         Nathan E. Hoffman
                                                                         Email: nathan.hoffman@nelsonmullins.com
                                                                         1222 Demonbreun Street, Suite 1700
                                                                         Nashville, Tennessee 37203
                                                                         Tel: (615) 664-5300

2

        123 N. Wacker Drive, 21st Floor
        Chicago, IL 60606
        Tel: (312) 205-7950

        Alan Kaufman
        *Pro Hac Vice to be Submitted*
        Email: alan.kaufman@nelsonmullins.com
        330 Madison Avenue, 27th Floor
        New York, NY 10017
        Tel: (212) 413-9000

        *Attorneys for Defendant Allied First Bank, SB*

August 27, 2024

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on August 27, 2024. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Anthony Paronich, Esq. | Andrew D. LeMar, Esq. |
| Paronich Law, P.C. | Burke, Warren, MacKay & Serritella, P.C. |
| 350 Lincoln Street, Suite 2400 | 330 North Wabash Avenue, Suite 2100 |
| Hingham, MA 02043 | Chicago, Illinois 60611-3607 |
| anthony@paronichlaw.com | alemar@burkelaw.com |
| *Attorneys for Plaintiff* | *Attorney for Consumer Nsight LLC* |

                                             */s/ Carmen H. Thomas*
                                                        Attorney