**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:22-cv-05277 |
| v. | )<br>) Judge Robert W. Gettleman<br>) Magistrate Judge Maria Valdez |
| ALLIED FIRST BANK, SB; and CONSUMER NSIGHT LLC, | )<br>)<br>) |
| Defendants. | ) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Order (ECF No. 78), Plaintiff Samuel Katz and Defendant Allied First Bank, SB (Allied First), now known as Servbank, SB, submit the following Joint Status Report.

Plaintiff served a notice of deposition pursuant to Rule 30(b)(6), FRCP, on May 21, 2024, for a deposition to be on June 24, 2024, regarding 35 proposed topics. Allied First has notified Plaintiff's counsel they would need to confer on the topics and that Allied First would be sending written objections to the topics. The deposition will be held virtually on October 9, 2024.

Allied First also moved on May 23, 2024, to join Iconic Results as a party and to amend its answer to assert cross claims against Consumer Nsight. Plaintiff responded to the motion to join Iconic Results on June 14, 2024, and Allied First replied in support of its motion to join Iconic Results on June 27, 2024. On July 15, 2024, this Court (Hon. Robert W. Gettleman) denied Allied First's motion to join Iconic Results and granted Allied First's motion to amend its answer to assert cross claims against Consumer Nsight. (ECF No. 78). On August 5, 2024, Allied First filed its Amended Answer to Plaintiff's First Amended Complaint and asserted a third-party claim against

Consumer Nsight. This Court issued Summons upon Consumer Nsight on August 28, 2024. Allied First is in the process of serving Consumer Nsight with the third-party claim.

By: */s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
Email:  anthony@paronichlaw.com

*Attorneys for Plaintiff Samuel Katz*

By: *s/Carmen H. Thomas*_____
Carmen Harper Thomas
*Pro Hac Vice Admitted*
Email: carmen.thomas@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 799-2000

Nathan E. Hoffman
Email: nathan.hoffman@nelsonmullins.com
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 664-5300

P.O. Box 641040
Chicago, IL 60664
Tel: (312) 205-7950

Alan Kaufman
*Pro Hac Vice Pending*
Email: alan.kaufman@nelsonmullins.com
330 Madison Avenue, 27th Floor
New York, NY 10017
Tel: (212) 413-9000

*Attorneys for Defendant Allied First Bank, SB*