IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-05277 |
| v. | ) ) Judge Robert W. Gettleman ) Magistrate Judge Maria Valdez |
| ALLIED FIRST BANK, SB; and CONSUMER NSIGHT LLC, | ) ) ) |
| Defendants. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order (ECF No. 81), plaintiff Samuel Katz and defendant Allied First Bank, SB (Allied First), now known as Servbank, SB, submit the following Joint Status Report on discovery.

Plaintiff served a notice of deposition pursuant to rule 30(b)(6) on May 21, 2024, for a deposition to be on June 24, 2024, regarding 35 proposed topics. The deposition will be virtual. The deposition will be held on October 9, 2024.

After receiving approval to amend to assert cross claims against Consumer Nsight (ECF No. 78), on August 5, 2024, Allied First filed its Amended Answer to Plaintiff's First Amended Complaint and Third Party Claim Against Consumer Nsight. This Court issued Summons upon Consumer Nsight on August 28, 2024. Allied First served Consumer Nsight with the Summons on or about September 9, 2024, and service was accomplished on September 13, 2024. Allied First will serve discovery on Consumer Nsight.

1

| | |
|---|---|
| /s/ Anthony I. Paronich | /s/ Carmen H. Thomas |
| Anthony I. Paronich | Carmen Harper Thomas (*pro hac vice*) |
| Paronich Law, P.C. | Nelson, Mullins, Riley & Scarborough LLP |
| 350 Lincoln Street, Suite 2400 | 1320 Main Street, 17th Floor |
| Hingham, MA 02043 | Columbia, SC 29201 |
| (617) 485-0018 | (803) 799-2000 |
| Email: anthony@paronichlaw.com | Email: carmen.thomas@nelsonmullins.com |
| *Attorneys for Plaintiff Samuel Katz* | *Attorneys for Defendant Allied First Bank, SB* |