# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated ) ) ) | |
| Plaintiff, ) | Case No. 1:22-cv-05277 |
| ) | |
| v. ) | Judge Robert W. Gettleman |
| ) | Magistrate Judge Maria Valdez |
| ALLIED FIRST BANK, SB, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ALLIED FIRST BANK, SB ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONSUMER NSIGHT LLC, ) | |
| ) | |
| Third-Party Defendant. ) | |

## NOTIFICATION AS TO AFFILIATES

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, third-party defendant Consumer Nsight LLC gives notice that its only "affiliate," as that term is defined by LR 3.2, is Richard Sabatino, who is an individual.

Dated: October 1, 2024

Respectfully submitted,

**CONSUMER NSIGHT LLC**

By: /s/ Andrew D. LeMar
One of Its Attorneys

Andrew D. LeMar
Burke, Warren, MacKay & Serritella, P.C.

330 North Wabash Avenue, Suite 2100<br>
Chicago, Illinois 60611-3607<br>
Telephone: (312) 840-7000<br>
Facsimile: (312) 840-7900<br>
alemar@burkelaw.com

## **CERTIFICATE OF SERVICE**

On October 1, 2024, the undersigned caused the foregoing Notification as to Affiliates, to be filed electronically with the Northern District of Illinois, and served upon all parties registered to receive notice via the Court's CM/ECF system.

    /s/ Andrew D. LeMar
Andrew D. LeMar

4884-8411-9019, v. 1