IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-05277 |
| v. | ) ) Judge Robert W. Gettleman ) Magistrate Judge Maria Valdez |
| ALLIED FIRST BANK, SB, | ) ) |
| Defendant. | ) ) ) |
| ALLIED FIRST BANK, SB | ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| CONSUMER NSIGHT LLC, | ) ) |
| Third-Party Defendant. | ) |

**THIRD-PARTY DEFENDANT CONSUMER NSIGHT LLC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT/THIRD-PARTY PLAINTIFF ALLIED FIRST BANK, SB'S THIRD-PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 6(B)**

Pursuant to Fed. R. Civ. P. 6(b), third-party defendant Consumer Nsight LLC, by and through its undersigned counsel, hereby moves for an extension of time to respond to Defendant/Third-Party Plaintiff Allied First Bank, SB's ("Allied First") Third-Party Complaint ("TPC"), until and including October 25, 2024. In support of this motion, Consumer Nsight states as follows:

1. On September 27, 2022, plaintiff Samuel Katz ("Plaintiff") filed his original complaint in this action, naming Allied First Bank, SB as the only defendant. (Dkt. No. 1.)

2. On July 1, 2023, Plaintiff filed his First Amended Complaint – Class Action, adding Consumer Nsight as a defendant. (Dkt. No. 26.)

3. On April 29, 2024, the Court dismissed Plaintiff's claims against Consumer Nsight with prejudice pursuant to a stipulation of dismissal filed by Plaintiff and Consumer Nsight. (Dkt. Nos. 63-64.)

4. On May 23, 2024, Allied First filed a motion for leave to file third-party claims against Consumer Nsight. (Dkt. No. 70.)

5. On July 15, 2024, the Court granted Allied First's motion for leave to file third-party claims against Consumer Nsight. (Dkt. No. 78.)

6. On August 5, 2024, Allied First filed its Amended Answer to First Amended Complaint with Affirmative Defenses and Third-Party Claims, which included the TPC. (Dkt. No. 79.)

7. On or about August 28, 2024, Allied First had a summons issued to Consumer Nsight.

8. On September 13, 2024, a summons and the TPC were purportedly served on Consumer Nsight by certified mail. As a result, Consumer Nsight's current deadline to respond to the TPC is October 4, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

9. Consumer Nsight and the undersigned counsel are still in the process of investigating the claims raised against Consumer Nsight in the TPC.

10. In addition, between the date of this Motion and October 25, the undersigned counsel has substantive filing or discovery response deadlines in other cases of October 3, October 4, October 7, and October 25, in addition to several substantive hearings in other cases that will

require significant preparation. Therefore, Consumer Nsight's counsel will not be able to adequately prepare a response to Allied First's TPC by the current October 4 deadline.

11. As a result, Consumer Nsight respectfully requests that this Court enter an order enlarging it time to respond to the TPC until and including October 25, 2024.

12. Counsel for Consumer Nsight contacted counsel for Allied First, and Allied First does not oppose this Motion or Consumer Nsight's request for an enlargement of time until October 25, 2024 to respond to the TPC.

13. This is Consumer Nsight's first request for an enlargement of time to respond to the TPC.

WHEREFORE, third-party defendant Consumer Nsight LLC respectfully requests that this Court enter an order enlarging Consumer Nsight's deadline to respond to Defendant/Third-Party Plaintiff Allied First Bank, SB's Third-Party Complaint until and including October 25, 2024, and granting such other relief the Court deems just and appropriate.

Dated: October 1, 2024  Respectfully submitted,

**CONSUMER NSIGHT LLC**

By: /s/ Andrew D. LeMar
One of Its Attorneys

Andrew D. LeMar
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, Suite 2100
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
alemar@burkelaw.com

**CERTIFICATE OF SERVICE**

On October 1, 2024, the undersigned caused the foregoing Third-Party Defendant Consumer Nsight LLC's Unopposed Motion for Enlargement of Time to Respond to Defendant/Third-Party Plaintiff Allied First Bank, SB's Third-Party Complaint Pursuant to Fed. R. Civ. P. 6(b), to be filed electronically with the Northern District of Illinois, and served upon all parties registered to receive notice via the Court's CM/ECF system.

/s/ Andrew D. LeMar<br>Andrew D. LeMar

4856-3127-1403, v. 1