**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated <br><br> Plaintiff, <br><br> v. <br><br> ALLIED FIRST BANK, SB; and CONSUMER NSIGHT LLC, <br><br> Defendants. | Case No. 1:22-cv-05277 <br><br> Judge Robert W. Gettleman <br> Magistrate Judge Maria Valdez |

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO**
**CONSUMER NSIGHT'S MOTION TO DISMISS**

Defendant Allied First Bank, SB, now known as Servbank, SB ("Allied First"), by and through its undersigned counsel, hereby moves for an extension to respond to Consumer Nsight's Motion to Dismiss (ECF No. 96) to and including December 6, 2024. In support of this request, Allied First states the following:

1. On August 5, 2024, Allied First filed its Amended Answer to Plaintiff's First Amended Complaint and asserted a third-party claim against Consumer Nsight. (ECF No. 79).

2. On October 25, 2024, Consumer Nsight moved to dismiss Allied First's claims. (ECF Nos. 95, 96.)

3. Allied First's Opposition to Consumer Nsight's Motion to Dismiss is currently due on November 19, 2024.

4. Due to the breadth of Consumer Nsight's Motion to Dismiss, Allied First requests additional time to respond to Consumer Nsight's arguments. Accordingly, Allied First requests that this Court extend the deadline by which it responds to Consumer Nsight's Motion to Dismiss to and including December 6, 2024.

5.   Undersigned counsel conferred with counsel for Consumer Nsight who consents to the relief requested herein and also requested that the deadline for its Reply in further support of its Motion to Dismiss be extended to and including December 20, 2024. Allied First hereby also consents to and requests that December 20, 2024, be the deadline for Consumer Nsight's reply.

WHEREFORE, for the foregoing reasons and for good cause demonstrated above, Allied First respectfully requests that the deadline for its Opposition to Consumer Nsight's Motion to Dismiss be extended to and including December 6, 2024 and that Consumer Nsight's deadline for its reply be set as December 20, 2024.

By: *s/Carmen H. Thomas*_____
Carmen Harper Thomas
*Pro Hac Vice Admitted*
Email: carmen.thomas@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 799-2000

Nathan E. Hoffman
Email: nathan.hoffman@nelsonmullins.com
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
Tel: (615) 664-5300

123 N. Wacker Drive, 21st Floor
Chicago, IL 60606
Tel: (312) 205-7950

Alan Kaufman
*Pro Hac Vice Pending*
Email: alan.kaufman@nelsonmullins.com
330 Madison Avenue, 27th Floor
New York, NY 10017
Tel: (212) 413-9000

*Attorneys for Defendant Allied First Bank, SB*