# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated ) ) ) Plaintiff, ) ) v. ) ) ALLIED FIRST BANK, SB; and CONSUMER NSIGHT LLC, ) ) ) Defendants. ) | Case No. 1:22-cv-05277 Judge Robert W. Gettleman Magistrate Judge Maria Valdez |

### DEFENDANT/THIRD-PARTY PLAINTIFF ALLIED FIRST BANK, SB'S OPPOSITION TO THIRD-PARTY DEFENDANT CONSUMER NSIGHT LLC'S MOTION TO DISMISS DEFENDANT ALLIED FIRST BANK, SB'S THIRD-PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(2), AND 12(B)(6)

Defendant Allied First Bank, SB, now known as Servbank, SB ("Allied First"), by and through its undersigned counsel, hereby submits this Opposition to Third-Party Defendant Consumer Nsight, LLC's ("Consumer Nsight") Motion to Dismiss Allied First's Third-Party Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6) ("Motion to Dismiss"). The grounds supporting Allied First's Opposition are set forth in the Memorandum of Law submitted contemporaneously herewith.

WHEREFORE, Defendant Allied First, SB respectfully requests that this Court deny Third-Party Defendant Consumer Nsight LLC's Motion to Dismiss and enter an Order in the form of the Proposed Order filed herewith.

By: *s/Carmen H. Thomas*
Carmen Harper Thomas
*Pro Hac Vice Admitted*
Email: carmen.thomas@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, SC 29201
Tel: (803) 799-2000

Nathan E. Hoffman
Email: nathan.hoffman@nelsonmullins.com
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
Tel: (615) 664-5300

123 N. Wacker Drive, 21st Floor
Chicago, IL 60606
Tel: (312) 205-7950

Alan Kaufman
*Pro Hac Vice Pending*
Email: alan.kaufman@nelsonmullins.com
330 Madison Avenue, 27th Floor
New York, NY 10017
Tel: (212) 413-9000

*Attorneys for Defendant Allied First Bank, SB*