# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated ) ) ) | |
| Plaintiff, ) | Case No. 1:22-cv-05277 |
| ) | |
| v. ) ) | Judge Robert W. Gettleman |
| ) | Magistrate Judge Maria Valdez |
| ALLIED FIRST BANK, SB; and CONSUMER NSIGHT LLC, ) ) ) | |
| Defendants. ) | |

## ORDER

**UPON CONSIDERATION** of Third-Party Defendant Consumer Nsight's Motion to Dismiss Allied First's Third-Party Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6) ("Motion to Dismiss"), Allied First's Opposition thereto, any reply submitted in support thereof, the record in this case, and the applicable law, it is this _____ day of _____ 2024, hereby:

**ORDERED**, that Consumer Nsight's Motion to Dismiss shall be, and the same hereby is, **DENIED.**

Judge Robert W. Gettleman

cc: All Counsel of Record