# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:22-cv-05277 |
| ) | |
| v. ) ) ) | Judge Robert W. Gettleman<br>Magistrate Judge Maria Valdez |
| ALLIED FIRST BANK, SB, ) ) | |
| Defendants. ) ) | |

## DEFENDANT ALLIED FIRST BANK, SB'S
## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83.17, please withdraw the appearance of Carmen H. Thomas as counsel for Defendant Allied First Bank, SB, now known as Servbank, SB ("Allied First") and enter the appearance of Kevin P. Polansky of the law firm Nelson Mullins Riley & Scarborough as counsel of the same. Mr. Polansky's *Pro Hac Vice* application is filed contemporaneously herewith. Nathan E. Hoffman will also continue as counsel for Allied First.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/Nathan E. Hoffman*
Nathan E. Hoffman
Email: nathan.hoffman@nelsonmullins.com
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
Tel: (615) 664-5300

123 N. Wacker Drive, 21st Floor
Chicago, IL 60606
Tel: (312) 205-7950

Alan Kaufman
*Pro Hac Vice Pending*
Email: alan.kaufman@nelsonmullins.com
330 Madison Avenue, 27th Floor
New York, NY 10017
Tel: (212) 413-9000

*Attorneys for Defendant Allied First Bank, SB*