**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Samuel Katz, et al.
                      Plaintiff,

v.                                      Case No.: 1:22−cv−05277
                                                Honorable Robert W. Gettleman

Allied First Bank, SB, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 15, 2025:

      MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [107]. Status hearing is set for 1/22/25 at 10:00 a.m. in Courtroom 1041. Remote and/or telephonic appearances are not allowed. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.