**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Samuel Katz, et al.
                          Plaintiff,

v.                                         Case No.: 1:22−cv−05277
                                               Honorable Robert W. Gettleman

Allied First Bank, SB, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 24, 2025:

      MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [107]. The parties suggest that they will not be able to complete fact discovery by the 1/31/25 deadline. The deadline to complete fact discovery is hereby extended to 3/31/25. Aside from the pendency of Third−Party Defendant Consumer Nsight's Motion to Dismiss [95], Consumer Nsight has not shown good cause as to why its request that discovery be stayed as to it should be granted. See, e.g., Deato Huang v. Gelab Cosmetics LLC, 2023 U.S. Dist. LEXIS 77066, *6 (N.D. Ill. May 3, 2023). The request is therefore denied. The status hearing set for 1/29/25 is hereby stricken. The parties shall file a further joint status report no later than 3/21/25. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.