# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated<br><br>              Plaintiff,<br><br>  v.<br><br>ALLIED FIRST BANK, SB; and CONSUMER NSIGHT LLC,<br><br>              Defendants. | Case No. 1:22-cv-05277<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Maria Valdez |

## NOTICE OF DEPOSITION OF CONSUMER NSIGHT, LLC

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant Allied First Bank, SB ("Allied First"), now known as Servbank, SB, by its attorneys, will take the deposition of Consumer Nsight, LLC ("Consumer Nsight") at the time set forth below:

    **WITNESS:**    Consumer Nsight LLC

    **DATE:**    March 28, 2025

    **TIME:**    10:00 AM EST

    **PLACE:**    Via virtual link to be provided

**PLEASE TAKE FURTHER NOTICE** pursuant to Fed. R. Civ. P. 30(b)(6), Allied First will take the deposition upon oral examination of Consumer Nsight through its designated representative(s) regarding the matters set forth in **Schedule A**. Consumer Nsight must bring to the deposition the documents requested in **Schedule B**. It is further noticed that the deposition is being taken for the purposes of discovery, for use at trial or hearings, or for such other purposes as are permitted under the Federal Rules of Civil Procedure and Federal Rules of Evidence and

will be taken before an officer, notary public, or other person authorized to administer oaths as specified by Federal Rule of Civil Procedure 28(a). The deposition will be recorded by stenographic means. The deposition will continue from day to day until completed.

Respectfully submitted,

        NELSON MULLINS RILEY &
        SCARBOROUGH LLP

        By: *s/ Nathan E. Hoffman*_____
        Nathan E. Hoffman
        Nelson Mullins Riley & Scarborough, LLP
        One Nashville Place, Suite 1100
        150 Fourth Avenue North
        Nashville, Tennessee 37219
        Tel: (615) 664-5300
        Email: nathan.hoffman@nelsonmullins.com

        P.O. Box 641040
        Chicago, IL 60664
        Tel: (312) 205-7950

        Kevin P. Polansky
        *Pro Hac Vice Pending*
        Nelson Mullins Riley & Scarborough, LLP
        One Financial Center, Suite 3500
        Boston, Massachusetts 02111
        Tel: (617) 217-4720
        Email: kevin.polansky@nelsonmullins.com

        *Attorneys for Defendant Allied First Bank, SB*

Dated: February 28, 2025

# SCHEDULE A
# TOPICS

1. Consumer Nsight's relationship with or services to Allied First Bank, SB ("Allied First").

2. Any contracts, agreements, proposals, or orders between or related to Consumer Nsight and Allied First.

3. All communications between Consumer Nsight and Allied First or any person from or on behalf of Consumer Nsight or Allied First.

4. The ownership or membership of Consumer Nsight, including the ownership or membership of any owners or members of Consumer Nsight to the individual person level.

5. Consumer Nsight's relationship with Iconic Results, LLC ("Iconic Results").

6. All communications between Iconic Results and Consumer Nsight relating to Allied First, Craig Mattson, Diamond Select Lead Group, or calls live transferred to or leads provided to Allied First.

7. All communications within and among Consumer Nsight relating to Allied First, Craig Mattson, Diamond Select Lead Group, or calls live transferred to or leads provided to Allied First.

8. Leads received from Iconic Results that were transferred or in some way provided to Allied First.

9. Live transfers of calls or other services from Consumer Nsight to Allied First.

10. American Resource Center and its relationship to Consumer Nsight or Iconic Results, or to its services provided to Allied First.

11. The make, model, structure, and location of all the system(s), platform(s), or equipment used by Consumer Nsight to initiate or transfer calls to Allied First.

12. Consumer Nsight's relationship to the names "Samuel Katz" or "James Weim" or the phone number (207) 802-1001.

13. All communications with Iconic Results, Allied First, or any third party concerning the litigation captioned on the subpoena, *Samuel Katz, individually and on behalf of all others similarly situated v. Allied First Bank, SB*, Case No. 1:22-cv-05277, United States District Court for the Northern District of Illinois.

14. The allegations in the Complaint and Third-Party Complaint.

## SCHEDULE B
## DOCUMENTS

1. All Documents that relate to Consumer Nsight's relationship with or services to Allied First Bank, SB ("Allied First").

2. Any contracts, agreements, proposals, or orders between or related Consumer Nsight and Allied First.

3. All communications between Consumer Nsight and Allied First or any person from or on behalf of Iconic Results or Allied First.

4. Documents evidencing the ownership or membership of Consumer Nsight, including the ownership or membership of any owners or members of Consumer Nsight to the individual person level.

5. All Documents that evidence or relate to Consumer Nsight's relationship with Iconic Results, LLC ("Iconic Results").

6. All communications between Iconic Results and Consumer Nsight relating to Allied First, Craig Mattson, Diamond Select Lead Group, or calls live transferred to or leads provided to Allied First.

7. All communications within and among Consumer Nsight relating to Allied First, Craig Mattson, Diamond Select Lead Group, or calls live transferred to or leads provided to Allied First.

8. All Documents relating to leads received from Consumer Nsight that were transferred or in some way provided to Allied First.

9. All Documents relating to live transfers of calls or other services from Consumer Nsight to Allied First.

10. All Documents relating to American Resource Center and its relationship to Consumer Nsight or Iconic Results, or to its services provided to Allied First.

11. Documents evidencing the make, model, structure, and location of all the system(s), platform(s), or equipment used by Consumer Nsight to initiate or transfer calls to Allied First.

12. Any and all Documents relating to or including the names "Samuel Katz" or "James Weim" or the phone number (207) 802-1001.

13. All communications with Consumer Nsight, Allied First, or any third party concerning the litigation captioned on the subpoena, *Samuel Katz, individually and on behalf of all others similarly situated v. Allied First Bank, SB*, Case No. 1:22-cv-05277, United States District Court for the Northern District of Illinois.

14. Any and all documents, communications, or records relating to the allegations in the Complaint and Third-Party Complaint.

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 28th day of February 2025 on the following counsel of record via email:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Andrew Perrong
Perrong Law LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
a@perronglaw.com

*Attorneys for Plaintiff and proposed class*

Andrew D. LeMar
Burke, Warren, MacKay & Serritella, P.C.
300 N. Wabash Ave., 21st Floor
Chicago, IL 60611

alemar@burkelaw.com

*Attorney for Third-Party Defendant Consumer Nsight LLC*

                                              *s/Taylor Bayat*
                                              Taylor Bayat
                                              Associate