| Name of Court | Admission Date | Bar # |
|---|---|---|
| State of Connecticut | 01.07.13 | 434359 |
| State of Massachusetts | 11.30.06 | 667229 |
| State of New Hampshire | 12.03.13 | 265419 |
| State of Maine | 01.04.15 | 5516 |
| U.S. District Court for the District of Massachusetts | 12.13.07 | 667229 |
| U.S. Bankruptcy Court of Massachusetts | 11.26.08 | 667229 |
| U.S. District Court for the District of Connecticut | 01.09.12 | CT28806 |
| U.S. District Court for the District of New Hampshire | 12.03.13 | 265419 |
| U.S. Court of Appeals for the First Circuit | 09.20.12 | 1137108 |
| U.S. Court of Appeals for the Second Circuit | 09.09.11 | N/A |