IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-05277 |
| v. | ) ) Magistrate Judge Maria Valdez ) |
| ALLIED FIRST BANK, SB, ET. AL. | ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION TO EXCUSE PLAINTIFF
COUNSEL'S ATTENDANCE AT CONSUMER NSIGHT LLC'S
MOTION TO STAY DISCOVERY THAT DOES NOT RELATE TO THE PLAINTIFF**

Counsel for the Plaintiff, Samuel Katz, *with the consent of all parties*, seeks the Court's permission to excuse his attendance at the Court's March 19, 2025 hearing. *See* ECF No. 113. In support of that request, the Plaintiff submits that the instant discovery dispute relates to discovery sought by Allied First Bank from Consumer Nsight LLC relating to the Third Party Complaint it has asserted against them. *See* ECF No. 112. In other words, the Plaintiff is not seeking and has not sought any discovery from Consumer Nsight LLC. Of course, the Plaintiff wouldn't have any discovery to seek since the claim relates to an indemnity dispute. As such, the Plaintiff is requesting that his counsel be excused from attending the March 19, 2025 hearing. Alternatively, since counsel for the Plaintiff is in another previously scheduled hearing on that date, he requests that if he's required to attend the parties be able to submit some other proposed dates for the hearing.

WHEREFORE, counsel for the Plaintiff requests that he be excused from the March 19, 2025 hearing.

1

Dated: March 12, 2025

Plaintiff,

  /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
Email: anthony@paronichlaw.com
*Attorneys for Plaintiff Samuel Katz*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

                                     */s/ Anthony Paronich*
                                     Anthony Paronich