IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated ) ) ) | |
| Plaintiff, ) ) | Case No. 1:22-cv-05277 |
| v. ) ) | |
| ALLIED FIRST BANK, SB ) ) | |
| Defendants. ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (ECF No. 120), Plaintiff Samuel Katz, Defendant Allied First Bank, SB (Allied First), now known as Servbank, SB, and Third-Party Defendant Consumer Nsight LLC ("Consumer Nsight") submit the following Joint Status Report on discovery.

On May 23, 2024, Allied First moved to join Iconic Results as a party and to amend its answer to assert cross claims against Consumer Nsight. (ECF Nos. 69, 70). Plaintiff responded to the motion to join Iconic Results on June 14, 2024, and Allied First replied in support of its motion to join Iconic Results on June 27, 2024. (ECF Nos. 72, 73, 74). On July 15, 2024, this Court (Hon. Robert W. Gettleman) denied Allied First's motion to join Iconic Results and granted Allied First's motion to amend its answer to assert cross claims against Consumer Nsight. (ECF No. 78).

On August 5, 2024, Allied First filed its Amended Answer to Plaintiff's First Amended Complaint and asserted a third-party claim against Consumer Nsight. (ECF No. 79). This Court issued Summons upon Consumer Nsight on August 28, 2024. Allied First served Consumer Nsight with the Summons on September 9, 2024. Per agreement between counsel, Consumer Nsight's responsive pleading was due October 25, 2024. On October 25, 2024, Consumer Nsight moved to dismiss Allied First's claims. (ECF Nos. 95, 96.) On December 6, 2024, Allied First filed its

1

Opposition to Consumer Nsight's Motion to Dismiss. (ECF No. 103). On December 20, 2024, Consumer Nsight filed its Reply Brief in further support of its Motion to Dismiss. (ECF No. 104). The Court has not ruled on Consumer Nsight's Motion to Dismiss.

On October 30, 2024, Plaintiff and Allied First jointly moved to extend the discovery completion deadline by ninety (90) days to January 31, 2025 on the basis that the parties need additional time to complete discovery. (ECF No. 98). That same day, this Court moved the discovery deadline to January 31, 2025. (ECF No. 99). On January 15, 2025, the parties submitted a Joint Status Report outlining the need for additional discovery and requesting that this Court extend the discovery deadline. (ECF No. 107). On January 24, 2025, this Court extended the discovery deadline to May 31, 2025.

Plaintiff has deposed Allied First and Allied First is deposing Plaintiff on March 27, 2205. Allied First also served its Supplemental Responses to Plaintiff's Second Set of Discovery. Allied First also subpoenaed fact witness Craig Mattson for deposition which is set to occur on March 28, 2025, although he has yet to confirm his deposition. Allied First has also noticed Iconic Result's deposition. Iconic Result's objected to the deposition and the parties are completing the meet and confer process to resolve any discovery disputes. Discovery as to Consumer Nsight has been stayed pending the Court's ruling on Consumer Nsight's Motion to Dismiss.

/s/ *Andrew D. LeMar*
Andrew D. LeMar
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, Suite 2100
Chicago, Illinois 60611-3607
(312) 840-7000
Email: alemar@burkelaw.com
*Attorneys for Consumer Nsight LLC*

2

| | |
|---|---|
| /s/ *Anthony I. Paronich* <br> Anthony I. Paronich <br> Paronich Law, P.C. <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> (617) 485-0018 <br> Email: anthony@paronichlaw.com <br> *Attorneys for Plaintiff Samuel Katz* | By: *s/ Jeffrey Schieber* <br> Jeffrey Schieber <br> Nelson Mullins Riley & Scarborough, LLP <br> 123 N. Wacker Drive, Suite 2100 <br> Chicago, Illinois 60606 <br> Tel: (312) 376-1110 <br> Email: jeff.schieber@nelsonmullins.com <br><br> Nathan E. Hoffman <br> Nelson Mullins Riley & Scarborough, LLP <br> One Nashville Place, Suite 1100 <br> 150 Fourth Avenue North <br> Nashville, Tennessee 37219 <br> Tel: (615) 664-5300 <br> Email: nathan.hoffman@nelsonmullins.com <br><br> P.O. Box 641040 <br> Chicago, Illinois 60664 <br> Tel: (312) 205-7950 <br><br> Kevin P. Polansky <br> *Pro Hac Vice* <br> Nelson Mullins Riley & Scarborough, LLP <br> One Financial Center, Suite 3500 <br> Boston, Massachusetts 02111 <br> Tel: (617) 217-4720 <br> Email: kevin.polansky@nelsonmullins.com <br><br> *Attorneys for Defendant Allied First Bank, SB* |

4921-9328-3630 v.1