# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Samuel Katz, et al.
        Plaintiff,

v.               Case No.: 1:22−cv−05277
              Honorable Robert W. Gettleman

Allied First Bank, SB, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2025:

  MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [123]. The parties are reminded that fact discovery closed on 3/31/25. (1/24/25 Minute Order [111].) The parties shall file a further joint status report no later than 6/2/25 confirming that fact discovery is complete except as to Third−Party Defendant Consumer Nsight, which has been stayed pending ruling on its Motion to Dismiss Third−Party Complaint. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.