**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | Case No. 1:22-cv-05277 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| ALLIED FIRST BANK, SB et al. | |
| Defendants. | |

**[PROPOSED ORDER GRANTING]**
**MOTION TO EXTEND DISCOVERY FOR THE PURPOSE OF ISSUING SUBPOENA**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Plaintiff's Motion is GRANTED. The scheduling order in this case is hereby AMENDED to permit the Plaintiff to serve the subpoena attached as Exhibit A to his motion. Plaintiff shall serve the proposed subpoena on XenCall forthwith. XenCall shall serve responses to the subpoena no later than _____ days after service on it.

*BY THE COURT:*

_____
J.