# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | : :  Case No.: 1:22-cv-05277 |
| Plaintiff, | : : **Judge Robert W. Gettleman** |
| v. | : **Magistrate Judge Maria Valdez** : |
| ALLIED FIRST BANK, SB | : : |
| Defendant. | : : : |

## ORDER

Upon consideration of Plaintiff's Motion to Extend Discovery for the Purpose of Issuing Subpoena, Allied First's Opposition thereto, the record in this case, and the applicable law, it is this _____ day of _____, 2025, by the United States District Court for the Northern District of Illinois, hereby,

**ORDERED**, that Plaintiff's Motion to Extend Discovery for the Purpose of Issuing Subpoena is hereby **DENIED**.

 

Hon. Robert W. Gettleman
U.S. District Court for the Northern District of Illinois

cc: All counsel of record.

9