**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) Case No. 1:22-cv-05277 ) |
| v. | ) ) |
| ALLIED FIRST BANK, SB | ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order (ECF No. 135), Plaintiff Samuel Katz, Defendant Allied First Bank, SB (Allied First), now known as Servbank, SB submit the following Joint Status Report on discovery.

On May 23, 2024, Allied First moved to join Iconic Results as a party and to amend its answer to assert cross claims against Third-Party Defendant Consumer Nsight LLC ("Consumer Nsight"). (ECF Nos. 69, 70). Plaintiff responded to the motion to join Iconic Results on June 14, 2024, and Allied First replied in support of its motion to join Iconic Results on June 27, 2024. (ECF Nos. 72, 73, 74). On July 15, 2024, this Court (Hon. Robert W. Gettleman) denied Allied First's motion to join Iconic Results and granted Allied First's motion to amend its answer to assert cross claims against Consumer Nsight. (ECF No. 78).

On August 5, 2024, Allied First filed its Amended Answer to Plaintiff's First Amended Complaint and asserted a third-party claim against Consumer Nsight. (ECF No. 79). This Court issued Summons upon Consumer Nsight on August 28, 2024. Allied First purportedly served Consumer Nsight with the Summons on September 9, 2024. Per agreement between counsel, Consumer Nsight's responsive pleading was due October 25, 2024. On October 25, 2024,

Consumer Nsight moved to dismiss Allied First's claims. (ECF Nos. 95, 96.) On December 6, 2024, Allied First filed its Opposition to Consumer Nsight's Motion to Dismiss. (ECF No. 103). On December 20, 2024, Consumer Nsight filed its Reply Brief in further support of its Motion to Dismiss. (ECF No. 104). On May 27, 2025, this Court granted Consumer Nsight's Motion to Dismiss and dismissed the Third-Party Complaint without prejudice. (ECF No. 125). After that decision was issued, Allied First served a third-party subpoena on Consumer Nsight for documents and deposition testimony. Service is still being completed and the deposition should be completed in the next few weeks.

On October 30, 2024, Plaintiff and Allied First jointly moved to extend the discovery completion deadline by ninety (90) days to January 31, 2025 on the basis that the parties need additional time to complete discovery. (ECF No. 98). That same day, this Court moved the discovery deadline to January 31, 2025. (ECF No. 99). On January 15, 2025, the parties submitted a Joint Status Report outlining the need for additional discovery and requesting that this Court extend the discovery deadline. (ECF No. 107). On January 24, 2025, this Court extended the discovery deadline to March 31, 2025. (ECF No. 111).

Plaintiff deposed Allied First and Allied First deposed Plaintiff on March 27, 2025. Allied First also served its Supplemental Responses to Plaintiff's Second Set of Discovery. Allied First also subpoenaed fact witness Craig Mattson for deposition which occurred on May 7, 2025. Thereafter, Plaintiff filed a motion to extend the discovery period to allow them to serve a subpoena on Communications Lab, Inc.. Allied First opposed Plaintiff's motion and, on July 24, 2025, this Court denied Plaintiff's request, stating that the discovery period closed on March 31, 2025. (ECF No. 134).

In light of discovery being closed, Allied First intends to file a Motion for Summary Judgment arguing that there is no genuine issue of material fact and it is entitled to judgment as a matter of law on Plaintiff's claims. Allied First proposes setting a motion for summary judgment deadline of September 30, 2025.  Plaintiff will oppose Allied First's Motion for Summary Judgment.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
Email:  anthony@paronichlaw.com
*Attorneys for Plaintiff Samuel Katz*

By: *s/ Jeffrey Schieber*
Jeffrey Schieber
Nelson Mullins Riley & Scarborough, LLP
123 N. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Tel: (312) 376-1110
Email: jeff.schieber@nelsonmullins.com

Nathan E. Hoffman
Nelson Mullins Riley & Scarborough, LLP
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 664-5300
Email: nathan.hoffman@nelsonmullins.com

P.O. Box 641040
Chicago, Illinois 60664
Tel: (312) 205-7950

Kevin P. Polansky
*Pro Hac Vice*
Nelson Mullins Riley & Scarborough, LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Tel: (617) 217-4720
Email: kevin.polansky@nelsonmullins.com

*Attorneys for Defendant Allied First Bank, SB*