## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Samuel Katz, et al.
                             Plaintiff,

v.                                                    Case No.: 1:22−cv−05277
                                                            Honorable Robert W. Gettleman

Allied First Bank, SB, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: On review of the parties' Joint Status Report [136] the court sets the following briefing schedule: defendant's motion for summary judgment due by 9/30/2025; plaintiff's response due 10/28/2025; defendant's reply due 11/11/2025. The court will issue its ruling on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.