**Phone call with Mr. James Weim**

| | |
|---|---|
| Woman: | ___ but they're going to be sensitive just like I was, like I said I'm not here to take up your whole day, how is the weather treating you all in Maine, still chilly. |
| James Weim: | Yes, still cold. |
| Woman: | Ooh goodness, I've been out, it's gorgeous though, you'll got some seasons, though, some wind too (laughter). |
| Man: | Oh yeah. |
| Woman: | I'm in Arizonia, but I moved here from Wyoming so, to be honest I miss the change of seasons. |
| Jason Aldridge: | Alright, thank you, this is Jason Aldridge. |
| Woman: | Oh, hi Mr. Aldridge, I'm sorry. I have homeowner James Weim on the line, W e i m. Phone number is 207 802 1001 and he's here about his cash out options. Mr. Weim again thank you for taking time you are in excellent hands with Mr. Aldridge. |
| James Weim: | Okay, thank you. |
| Jason Aldridge: | Good morning, good morning Mr. Weim, how are you doing Sir? |
| James Weim: | Good, how are you? |
| Jason Aldridge: | I'm doing very well, bear with me for just a moment, I'm trying to find the information that you already provided here; just pulling you up on my system. I just want to verify here, your property address is 92A Lincoln Street, is that correct, in Dover Foxcroft? |
| James Weim: | Yeah, that's correct. |
| Jason Aldridge: | Yeah, got it. And how can I help you today, Mr. Weim? What are you interested in doing here? |
| James Weim: | She was talking about a cash out refinance. |
| Jason Aldridge: | Got you, okay. Sure, let me take a look at that for you, bear with me I'm pulling up a little bit of property information, okay. |
| James Weim: | Yeah. |
| Jason Aldridge: | So, you are actually (talking over) okay. |

2

| | |
|---|---|
| James Weim: | I'm actually have to get going here. Is there a way I can give you a call back at another time. |
| Jason Aldridge: | Absolutely, I will be happy to give you my direct line.  It is 480-503-8958. |
| James Weim: | Yeah, 480-503-8958. |
| Jason Aldridge: | That's correct, yes. |
| James Weim: | Okay. |
| Jason Aldridge: | And that will give me a chance to pull up some. |
| James Weim: | And your name is Jason. |
| Jason Aldridge: | Yes, Jason Aldridge, absolutely, it will give me a chance to get some information on your property and get everything, all my ducks on a roll here so that we can have an informed conversation let you know what your options are, fair enough? |
| James Weim: | Okay, yes.  Sounds good. |
| Jason Aldridge: | Alright, I appreciate it Mr. Weim.   Thank you. |
| James Weim: | Yes, thanks, bye. |
| Jason Aldridge: | Bye. |

2