**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>ALLIED FIRST BANK, SB<br><br>                Defendant. | Case No. 1:22-cv-05277 |

**DEFENDANT ALLIED FIRST BANK, SB'S
<u>AGREED MOTION TO FILE DOCUMENT UNDER SEAL</u>**

Pursuant to Fed. R. Civ. P. 5.2 and L.R. 26.2(c), Defendant Allied First Bank, SB ("Allied First"), now known as Servbank, N.A., hereby respectfully moves this Court for an Order sealing Exhibit No. 6 to Allied First's Motion for Summary Judgment. In support of its Motion to Seal, Allied First states as follows:

    1.    Plaintiff Samuel Katz ("Plaintiff") filed this lawsuit on September 27, 2022.

    2.    On June 14, 2023, this Court entered an Agreed Confidentiality Order. (ECF No. 25).

    3.    Throughout the course of discovery, Plaintiff produced several documents which were marked "Confidential" in accordance with the requirements set forth and agreed to in the Confidentiality Order.

    4.    Allied First filed its Motion for Summary Judgment concurrently with the instant Motion for Seal. In support of its Motion for Summary Judgment, Allied First refers to and relies on the March 7, 2022 Conversation History produced by Plaintiff and marked as "Confidential" (Exhibit No. 6).

5. In accordance with the Confidentiality Order, and to protect the confidentiality of the document, Allied First respectfully requests that the Court issue an Order sealing Exhibit No. 6 attached to its Motion for Summary Judgment.

6. On September 30, 2025, undersigned counsel conferred with counsel for Plaintiff who agreed to the relief requested herein.

WHEREFORE, for the reasons set forth above, Defendant Allied First Bank, SB ("Allied First"), now known as Serbank, N.A., respectfully requests that the Court grant its Motion to Seal and for any other relief as justice requires.

Dated: September 30, 2025　　　　　　　　　　　　　Respectfully submitted,

*/s/ Jeffrey M. Schieber*_____
Jeffrey Schieber
Nelson Mullins Riley & Scarborough, LLP
123 N. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Tel: (312) 376-1110
Email: jeff.schieber@nelsonmullins.com

Nathan E. Hoffman
Nelson Mullins Riley & Scarborough, LLP
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 664-5300
Email: nathan.hoffman@nelsonmullins.com
P.O. Box 641040
Chicago, Illinois 60664
Tel: (312) 205-7950

Kevin P. Polansky
*Pro Hac Vice*
Nelson Mullins Riley & Scarborough, LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Tel: (617) 217-4720
Email: kevin.polansky@nelsonmullins.com
**Attorneys for Defendant**
**Allied First Bank, SB**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of September 2025, a copy of the foregoing was served via the Court's ECF/CM filing system upon all counsel of record.

                                                */s/ Jeffrey Schieber*
                                                Jeffrey Schieber

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-05277 |
| v. | ) ) ) |
| ALLIED FIRST BANK, SB | ) ) |
| Defendant. | ) ) ) |

### ORDER

**UPON CONSIDERATION** of Defendant Allied First Bank, SB's Agreed Motion to Seal, and any Opposition thereto, and any Reply in Further Support Thereof, the record in this case, and the applicable law, it is this _____ day of _____, 2025 hereby

**ORDERED,** that Defendant Allied First Bank, SB's Agreed Motion to Seal is **GRANTED**; and it is further

**ORDERED**, that Exhibit No. 6 to Defendant Allied First Bank, SB's Agreed Motion to Seal shall be kept and maintained under seal and shall not be available on PACER for online public access.

 

Hon. Robert W. Gettleman
U.S. District Court for the Northern District of Illinois

cc:  All Counsel of Record