**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>ALLIED FIRST BANK, SB<br>et al.<br><br>      Defendants. | Case No. 1:22-cv-05277<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

  Plaintiff, by and through undersigned counsel, respectfully moves this Court for an extension of time to respond to Defendant Allied First Bank, SB's Motion for Summary Judgment [Dkt. 140]. In support, Plaintiff states as follows:

  1.  On October 30, 2025, Defendant filed its Motion for Summary Judgment.

  2.  Plaintiff requests an extension to the deadline for the filing of Defendant's motion to file a response to December 11, 2025.

  3.  The requested extension is necessary to allow Plaintiff adequate time to review Defendant's motion and supporting materials, confer with experts, and prepare a thorough response.

  4.  Counsel for Defendant has indicated that Defendant does not oppose the relief sought.

  5.  This motion is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

2

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
Attorney for Plaintiff