IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>ALLIED FIRST BANK, SB<br>et al.<br><br>　　　　　　　　Defendants. | Case No. 1:22-cv-05277<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an enlargement of 10 pages (to 25 total) to respond to Defendant Allied First Bank, SB's Motion for Summary Judgment [Dkt. 140]. In support, Plaintiff states as follows:

1. On October 30, 2025, Defendant filed its Motion for Summary Judgment.

2. Under Local Rule 7.1, memoranda in opposition are ordinarily limited to 15 pages, and replies to 5 pages, absent leave of Court.

3. Given the number and complexity of issues presented by the Motion for Summary Judgment—including the multiple legal issues and detailed factual underpinnings—Plaintiff respectfully requests a modest enlargement of 10 pages to allow for complete and efficient briefing without the need for piecemeal supplemental filings.

4. Plaintiff conferred with Defendant's counsel and Defendant consents.

5. The requested enlargement is reasonable and will aid the Court by allowing the parties to address the issues thoroughly in a single round of briefing.

6.       This motion is made in good faith and not for purposes of delay. Granting the motion will not affect the currently-set briefing schedule; the parties will adhere to any deadlines previously ordered or subsequently set by the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion.

PLAINTIFF,
By her attorney

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com