IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALLIED FIRST BANK, SB<br>et al.<br><br>Defendants. | Case No. 1:22-cv-05277<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SAMUEL KATZ**

1. My name is Samuel Katz. I am over 18 years old. I can testify competently to the undersigned statements.

2. This Declaration is being made under the penalty of perjury pursuant to 28 U.S.C. § 1746.

3. I make this Declaration in opposition to the Defendant's motion for summary judgment.

4. My telephone number 207-XXX-XXXX is on the National Do-Not-Call Registry.

5. I am the user of 207-XXX-XXXX.

6. This telephone number should have been on Allied First's internal Do Not Call list, owing to my previous settlement with Allied First. As part of this settlement, Allied First was aware of my telephone number and the fact that I did not want to receive calls from them.

7. I have never submitted my telephone number to the LenderConsultant.com website, let alone to receive calls.

8. I never visited the LenderConsultant.com website and never submitted any of my personal information or telephone number to Defendant, Consumer Nsight, or Iconic Results.

1

9. I would not have visited or submitted information to this website, or any website advertising mortgage loans, because at all times relevant I have no need for a mortgage loan, nor was I seeking to refinance one.

10. I certainly would not have submitted the information under the name "James Weim."

11. My deposition contains numerous affirmative denials that I ever visited this website, or submitted my information online to any website using the name "James Weim," including because I was not looking for financing, which I reaffirm here. Katz Dep. 54:13-25, 57:4-11, 56:15-17, 67:17-21, 69:12-14, 73:13-14.

12. I certainly do not and have never submitted any web form online using the alias "James Weim;" as I explained in both discovery and my deposition, I have used such alias *only* during the course of illegal telemarketing calls to protect my true identity.

13. Indeed, my deposition testimony reflects that I have not used that name outside of responding to illegal telemarketing calls, which includes not submitting the information online.

14. Regardless, I should not even have been transferred to any representative of Allied First because my number should have been on Allied First's Internal Do Not Call List.

15. I never requested to be contacted by Allied First or anyone on its behalf, including Consumer Nsight or Iconic Results, and I never gave consent to receive any telemarketing calls from any of them.

16. Although I have settled with both Consumer Nsight and Iconic Results, I have not recovered my full measure of statutory damages from either of these Former Defendants, including in the aggregate, and thus have not been fully compensated for any alleged harm.

17. These calls were unwanted, intrusive, and disturbed my privacy and domestic peace.

18. As such, I never consented to receive the subject calls which are the basis for my complaint.

19. I do not want such calls.

20. To be clear, I do nothing to precipitate the illegal messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive and are especially problematic after you ask them to stop but you are not able to get them to stop.

21. My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send the calls at issue to me. Indeed, my number should have been on Allied First's Internal Do Not Call List.

22. I do not and have never welcomed nor wanted illegal calls and do nothing to receive or deserve them. My injury was done completely at the hands of Defendant, who took it upon itself to send me multiple calls in violation of the TCPA.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 11th day of November 2025, in the United States of America,**

_____
SAMUEL KATZ (Nov 12, 2025 08:41:18 CST)

**Samuel Katz**

3