Case: 1:22-cv-05277 Document #: 147-3 Filed: 11/12/25 Page 1 of 1 PageID #:823

PLACEHOLDER

EXHIBIT 2

Discovery Documents

FILED UNDER SEAL