# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> ALLIED FIRST BANK, SB et al. <br><br> Defendants. | Case No. 1:22-cv-05277 <br><br> **JURY TRIAL DEMANDED** |

### [PROPOSED ORDER GRANTING] PLAINTIFF SAMUEL KATZ'S AGREED MOTION TO FILE DOCUMENTS UNDER SEAL

UPON CONSIDERATION of Plaintiff Samuel Katz's Agreed Motion to Seal, and any Opposition thereto, and any Reply in Further Support Thereof, the record in this case, and the applicable law, it is this _____ day of _____, 2025 hereby ORDERED, that the Agreed Motion to Seal is GRANTED; and it is further ORDERED, that Exhibit of Discovery Documents shall be kept and maintained under seal and shall not be available on PACER for online public access.

*BY THE COURT:*

_____

, J.