**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>ALLIED FIRST BANK, SB<br>et al.<br><br>              Defendants. | Case No. 1:22-cv-05277<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING]**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

AND NOW, this _____ day of _____, 202____, it is hereby ORDERED that the Defendant's Motion for Summary Judgment is hereby DENIED.

*BY THE COURT:*

_____, J.