IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED FIRST BANK, SB<br><br>Defendant. | Case No. 1:22-cv-05277 |

**CONSENT MOTION TO EXTEND THE DEADLINE FOR
DEFENDANT ALLIED FIRST BANK, SB TO FILE ITS
<u>REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Allied First Bank, SB ("Allied First"), now known as Servbank, N.A., by and through its undersigned counsel, hereby files this Consent Motion to Extend the Deadline for Defendant Allied First Bank, SB to File its Reply in Further Support of its Motion for Summary Judgment, and, in support thereof, states as follows:

1. On September 30, 2025, Allied First filed its Motion for Summary Judgment. (ECF No. 139).

2. On October 7, 2025, Plaintiff filed an Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment requesting until December 11, 2025 to file his response.[1] (ECF No. 143). On October 8, 2025, this Court granted Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment and ordered that the response be submitted by December 11, 2025. (ECF No. 144).

---

[1] Plaintiff informed Allied First that it meant to request an extension to November 11, 2025.

3. On November 12, 2025, Plaintiff filed his Response to Allied First's Motion for Summary Judgment. Accordingly, Allied First's Reply in Further Support of its Motion for Summary Judgment is due on November 26, 2025.

4. In light of the upcoming holidays, Allied First requests additional time to review Plaintiff's Opposition and prepare its Reply Brief.

5. Accordingly, Allied First respectfully requests an extension of time to file its responsive pleading to and including December 8, 2025.

6. On November 21, 2025, undersigned counsel for Allied First corresponded with counsel for Plaintiff who consented to the requested extension.

7. This request for extension is made in good faith, is not made for the purposes of delay, and will not prejudice any party.

WHEREFORE, Defendant Allied First Bank, SB, now known as Servbank, N.A., by and requests that the deadline to file its Reply in Further Support of its Motion for Summary Judgment be extended to and including December 8, 2025, and that this Court enter an order reflecting the same.

Dated: November 21, 2025                    Respectfully submitted,

*/s/ Jeffrey M. Schieber*_____
Jeffrey Schieber
Nelson Mullins Riley & Scarborough, LLP
123 N. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Tel: (312) 376-1110
Email: jeff.schieber@nelsonmullins.com

Nathan E. Hoffman
Nelson Mullins Riley & Scarborough, LLP
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 664-5300

2

Email: nathan.hoffman@nelsonmullins.com
P.O. Box 641040
Chicago, Illinois 60664
Tel: (312) 205-7950

Kevin P. Polansky
*Pro Hac Vice*
Nelson Mullins Riley & Scarborough, LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Tel: (617) 217-4720
Email: kevin.polansky@nelsonmullins.com

***Attorneys for Defendant***
***Allied First Bank, SB***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2025, a copy of the foregoing was served via the Court's ECF/CM filing system upon all counsel of record.

*/s/ Jeffrey Schieber*
Jeffrey Schieber