# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED FIRST BANK, SB,<br><br>    Defendant. | Case No. 1:22-cv-05277 |

## ORDER

Upon consideration of the Consent Motion to Extend the Deadline for Defendant Allied First Bank, SB to File its Reply in Further Support of its Motion for Summary Judgment, it is this _____ day of _____ 2025, hereby

**ORDERED** that the Consent Motion to Extend the Deadline for Defendant Allied First Bank, SB to File its Reply in Further Support of its Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Defendant Allied First Bank, SB's deadline to file its Reply in Further Support of its Motion for Summary Judgment is hereby extended to and including December 8, 2025.

 

_____
Hon. Robert W. Gettleman
U.S. District Court for the Northern District of Illinois

cc: All Counsel of Record