**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Samuel Katz, et al.
                      Plaintiff,

v.                                                          Case No.: 1:22−cv−05277
                                                                  Honorable Robert W. Gettleman

Allied First Bank, SB, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, November 22, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Unopposed Motion To Extend The Deadline For Defendant Allied First Bank, Sb To 12/8/2025, to File Its Reply In Further Support Of Its Motion For Summary Judgment [151] is granted. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.