**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:22-cv-05277 ) |
| v. | ) Judge Robert W. Gettleman ) |
| ALLIED FIRST BANK, SB, | ) ) |
| Defendant. | ) ) |

**JOINT MOTION TO MODIFY PRETRIAL SCHEDULE**

Plaintiff Samuel Katz ("Katz") and Defendant Allied First Bank, SB, now known as Servbank, SB ("Allied First") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move to modify the pretrial schedule to extend the deadlines in the Pretrial Schedule by one (1) week. In support of this request, the Parties state the following:

1.      On April 7, 2026, this Court set the Pretrial Schedule. (ECF No. 157). The Pretrial Conference is scheduled for June 11, 2026. *Id.*

2.      The Parties are working in good faith to complete the pretrial filings. The Parties have exchanged pretrial documents and are working cooperatively and diligently to finalize all documents in advance of the June 11, 2026 Pretrial Conference.

3.      The Parties do not currently intend to file trial briefs, as they were not ordered by the Court and in accordance with Local Rule 16.1.1's counsel that trial briefs "shall not be required unless the court explicitly orders inclusion of one or more of them."

4.      However, the Parties need additional time to complete the pretrial documents. Accordingly, the Parties seek to amend the Pretrial Schedule as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| File Joint Pretrial Order that includes a set of jury instructions, list of witnesses and exhibits and objections thereto | May 15, 2026 | May 22, 2026 |
| Responses to motions *in limine* | May 27, 2026 | June 3, 2026 |
| Pretrial Conference | June 11, 2026 | No change. |

5.      The instant Joint Motion to Modify Pretrial Schedule is made in good faith, is not made for the purposes of delay, and will not prejudice the interests of any party. Additionally, a one-week extension of the pretrial deadlines will not impact the June 11, 2026 Pretrial Conference.

WHEREFORE, for the foregoing reasons and for good cause demonstrated above, the Parties respectfully request that this Court grant their Joint Motion to Modify Pretrial Schedule and extend the deadlines in the Pretrial Schedule by one (1) week.

<table>
<tr>
<td>

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Phone: (617) 485-0018
Email:  anthony@paronichlaw.com

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: (215) 255-5529 (CALL-LAW)
Email:  a@perronglaw.com

*Attorneys for Plaintiff Samuel Katz*

</td>
<td>

By: *s/ Jeffrey Schieber*
Jeffrey Schieber
Nelson Mullins Riley & Scarborough, LLP
123 N. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Tel: (312) 376-1110
Email: jeff.schieber@nelsonmullins.com

Nathan E. Hoffman
Nelson Mullins Riley & Scarborough, LLP
One Nashville Place, Suite 1100
150 Fourth Avenue North
Nashville, Tennessee 37219
Tel: (615) 664-5300
Email: nathan.hoffman@nelsonmullins.com

P.O. Box 641040
Chicago, Illinois 60664
Tel: (312) 205-7950

</td>
</tr>
</table>

Kevin P. Polansky
*Pro Hac Vice*
Nelson Mullins Riley & Scarborough, LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Tel: (617) 217-4720
Email: kevin.polansky@nelsonmullins.com

*Attorneys for Defendant Allied First Bank, SB*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2026, a copy of the foregoing was served via the Court's ECF/CM filing system upon all counsel of record.

*/s/ Jeffrey Schieber*
Jeffrey Schieber