**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) Case No. 1:22-cv-05277 ) |
| v. | ) ) |
| ALLIED FIRST BANK, SB | ) ) |
| Defendant. | ) ) ) |

**ORDER**

**UPON CONSIDERATION** of the Joint Motion to Modify Pretrial Schedule, it is this

_____ day of _____, 2026 hereby

**ORDERED,** that the Joint Motion to Modify Pretrial Schedule is **GRANTED**; and it is

further

**ORDERED**, that the Pretrial Schedule be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| File Joint Pretrial Order that includes a set of jury instructions, list of witnesses and exhibits and objections thereto | May 15, 2026 | May 22, 2026 |
| Responses to motions *in limine* | May 27, 2026 | June 3, 2026 |
| Pretrial Conference | June 11, 2026 | No change. |

and it is further **ORDERED**, that the Court waives any requirement to submit trial briefs.

_____
Hon. Robert W. Gettleman
U.S. District Court for the Northern District of Illinois