## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Samuel Katz, et al.

                        Plaintiff,

v.                                                  Case No.: 1:22–cv–05277
                                                    Honorable Robert W. Gettleman

Allied First Bank, SB, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 14, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall: Joint motion to modify pretrial schedule [158] is granted in part. The pretrial schedule set on 4/7/2026 [157] is modified as follows: joint pretrial order that includes a set of jury instructions, list of witnesses and exhibits and objections thereto due by 5/29/2026. Responses to motions *in limine* due 6/12/2026. Telephonic pretrial conference set for 6/11/2026 is stricken and reset to 7/16/2026 at 9:45 a.m. To join the telephone conference, dial (650) 479–3207, Access Code 1809 88 3385. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. This motion and order have been reviewed and approved by Chief Judge Kendall in the court's absence. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.