## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

SAMUEL KATZ, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

ALLIED FIRST BANK, SB

      Defendant.

:
:
:
:
:
:
:
:
:
:
:
:

Case No.: 1:22-cv-05277
**Judge Robert W. Gettleman**
**Magistrate Judge Sunil R. Harjani**

### Notice of Settlement

The plaintiff files this notice to advise the Court that the parties have tentatively reached

a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days.

PLAINTIFF,
By their attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com