# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Samuel Katz, et al.

                Plaintiff,

v.

                                         Case No.: 1:22–cv–05277
                                         Honorable Robert W. Gettleman

Allied First Bank, SB, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall: Pursuant to plaintiff's Notice of Settlement [160], this case is dismissed without prejudice with leave to reinstate on or before 7/31/2026. If a motion to reinstate is not filed on or before 7/21/2026, the dismissal will automatically convert to with prejudice without further order of the court. Pretrial schedule set on 5/14/2026 [159] and telephonic hearing set for 7/16/2026 are stricken. Civil case terminated. This order was reviewed and approved by Chief Judge Kendall in the court's absence. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.