**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| SAMUEL KATZ, individually and on behalf of all others similarly situated, | : | Case No.: 1:22-cv-05277 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLIED FIRST BANK, SB | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P.

41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed

without prejudice.

**Attorneys for Plaintiffs**

/s/ Anthony I. Paronich
Anthony I. Paronich, (BPR# 678437)
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

**Attorneys for Defendant**

/s/ Jeffrey Schieber
Jeffrey Schieber
Nelson Mullins Riley & Scarborough, LLP
123 N. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Tel: (312) 376-1110
Email: jeff.schieber@nelsonmullins.com

4905-6473-8430.v2